## ARTEMAS ALLEN *v.* LUCRETIA RICE.

### *Practice.*

This court is but a court for the correction of errors in probate cases, the same as in all other cases, and could not, with any propriety, exercise a discretion in regard to allowing costs, upon trials had in the county court.

And to bring any such questions before the supreme court, the matter must be decided by the county court, and their decision, and the grounds upon which it is made, stated upon the record, with the objections of the party; and if any question of law is thus raised, it may probably be revised by the supreme court.

In this case the verdict in the county court was for plaintiff, and the defendant claimed review, which was allowed and exceptions by the plaintiff, and now the parties wished to have judgment entered up, upon the verdict, which the court allowed, and ordered

the amount certified to the probate court. A question was made in regard to allowing costs.

BY THE COURT. In regard to costs, in appeals from commissioners, and the probate court, it is discretionary, by statute, with the court. But that is to be understood, as the court where the case is tried. This court has now no appellate jurisdiction in probate matters. The county court now has that jurisdiction in all cases, and has long had it, on appeals, from commissioners. This court is but a court for the correction of errors, in probate cases, the same as in all other cases, and could not, with any convenience, or propriety, exercise a discretion in regard to allowing costs upon trials had in the county court.

If it is desired to bring any such questions before this court, the proper course is to have the matter decided by the county court, and their decision, and the grounds upon which it is made, stated upon the record, with the objections of the party. If any question of law is thus raised, it may probably be revised here.